FILED IN OPEN COURT
6/20/2016
TIMOTHY M. O'BRIEN, CLERK
BY M. Garrett
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN P. HALL,<br><br>Defendant. | Case No. 15-40086-05-DDC |

## INFORMATION

The Acting United States Attorney charges that:

### COUNT 1
### Conspiracy – 18 U.S.C. § 371

Beginning on or about 2012, and continuing to on or about October 1, 2015, in the District of Kansas and elsewhere, the defendant,

**SEAN P. HALL,**

conspired and agreed with others, to commit offenses against the United States, hereafter described, that is:

- A. Interstate and foreign travel or transportation in aid of racketeering enterprises, in violation of Title 18, United States Code, Section 1952;

- B. Interstate transportation for purposes of prostitution, in violation of Title 18, United States Code, Section 2421; and

- C. Inducement of interstate travel for purposes of prostitution, in violation of Title 18, United States Code, Section 2422(a).

In furtherance of the conspiracy and scheme, and to accomplish the purposes and objectives of the conspiracy, one or more coconspirators committed overt acts in the District of Kansas and elsewhere, including but not limited to:

A. using facilities of interstate commerce including: the internet to post advertisements for commercial sex workers' escort services and reviews of commercial sex workers, using mobile telephones to communicate with each other and with potential customers, and using wire service to send money across stateliness;

B. traveling to locations outside the State of Kansas for the purpose of engaging in commercial sex acts; and

C. inducing others to travel to locations outside the State of Kansas for the purpose of engaging in commercial sex acts.

This was in violation of Title 18, United States Code, Section 371.

/s/ Thomas E. Beall
THOMAS E. BEALL
Acting United States Attorney
District of Kansas