# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                          Case No:   15-40086-05-DDC

**SEAN P. HALL (05),**

      Defendant.

Atty for Govt: Christine E. Kenney
Atty for Deft: Thomas R. Telthorst

| JUDGE: | Daniel D. Crabtree | DATE: | 11/13/2017 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Diana Kerns |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663    $ _____ on count(s)
                                                                $ _____ on count(s)

☐ **Total Restitution:**                      $ _____

☐ Defendant Fined                     $ _____ on count(s)
                                                              $ _____ on count(s)

☐ **Total Fine:**                                 $ _____

☒ Defendant Assessed under 18:3013    $   100.00   on count 1 of Information
                                                                    $ _____ on count(s)
                                                                    $ _____ on count(s)

☒ **Total Assessment:**                   $   100.00

☒ Indictment dismissed by the Court on the motion of the United States.
☒ Government ☒ Defendant    - Advised of right to appeal
☐ Defendant to voluntarily surrender
☐ Defendant remanded to custody
☐ Stay of Execution    ☐ Granted    ☐ Denied
☒ Notes:  Doc. 368 – SEALED Motion – GRANTED as set forth in full on the record.  The defendant is sentenced to the custody of the Bureau of Prisons for a term of time served to be followed by 3 years of supervised release.